# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| MARCELO SANDOVAL, | ) |
| Petitioner, | ) |
| v. | ) Case No. 13-cv-4014 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## O R D E R  &  O P I N I O N

Petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence for criminal case 99-cr-40019 pursuant to 28 U.S.C. § 2255 on February 15, 2013.  (Doc. 1).  Petitioner, however, has previously filed a § 2255 motion with this Court based on the same conviction.  (02-cv-4100, Doc. 1).  Pursuant to § 2255(h), the Court of Appeals must certify a second or successive motion before it may come before this Court for review.  Thus, the Court dismisses the present motion as an unauthorized successive motion under § 2255, over which this Court lacks subject matter jurisdiction.

IT IS THEREFORE ORDERED that Petitioner's Motion under 28 U.S.C. § 2255 (Doc. 1) is DISMISSED FOR LACK OF JURISDICTION.

CASE TERMINATED.


Entered this 5th day of March, 2013.

s/ Joe B. McDade
JOE BILLY McDADE
United States Senior District Judge
